GOLDIE GOLDSTEIN et al., as Administrators of the Estate of HARRY GOLDSTEIN, Deceased, Appellants, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.

*Negligence — street railway — when pedestrian guilty of contributory negligence in attempting to cross track in front of approaching car.*

*Goldstein* v. *Union Railway Co. of N. Y. City,* 180 App. Div. 417, affirmed.

(Submitted November 29, 1920; decided December 10, 1920.)

APPEAL from a judgment entered December 28, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiffs entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiffs' intestate through the negligence of defendant. The intestate while crossing Third avenue between St. Paul's place and One Hundred and Seventieth street in the borough of The Bronx at about eleven o'clock in the morning was struck by one of defendant's cars and killed. Negligence on the part of defendant was predicated on the speed of the car and failure to sound a warning. The Appellate Division held that between streets the car had the right of way and that the intestate was guilty of contributory negligence in not seeing the approaching car or if he did see it in attempting to cross in front of it.

*Leon Sanders* and *Jacob Zelenko* for appellants.

*Alfred T. Davison* and *E. Crosby Kindleberger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.